1   William L. Miltner, Esq. SBN 139097
    Autumn S. Frye, Esq. SBN 249421
2   MILTNER & MENCK, APC
    Emerald Plaza
3   402 West Broadway, Suite 800
    San Diego, California 92101
4   Telephone (619) 615-5333
    Telefax (619) 615-5334
5
6   Attorneys for Plaintiff INTERNATIONAL PAYMENT SERVICES, LLC dba ELITEPAY
7   GLOBAL

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  INTERNATIONAL   PAYMENT        CASE NO.: CV14-2604 CBM-JC
    SERVICES, LLC, a Nevada Limited
11  Liability Company, dba ELITEPAY
12  GLOBAL,
                                     COMPLAINT FOR :
13            Plaintiff,
                                     1.   Federal Trademark Infringement
14  v.                               2.   False Designation of Origin and
                                          Unfair Competition in Violation of
15  CARDPAYMENTOPTIONS.COM, INC., a       the Lanham Act § 43 Under 15
    Texas Corporation; PHILLIP PARKER, an U.S.C. § 1125(a), et seq.
16  individual; and DOES 1-25, inclusive; 3.   Trademark Dilution in Violation of
                               1-10          the Lanham Act § 43 Under 15
17            Defendants.                     U.S.C. § 1125(c), et seq.
18                                   4.   Common Law Trademark
                                          Infringement
19                                   5.   Unfair Competition, False
                                          Designation Of Origin, And False
20                                        Advertising Under California
                                          Business And Professions Code
21                                        Sections 14200, 17200 And 17500 et
                                          seq.
22                                   6.   Injury To Business Reputation And
                                          Dilution Under California Business
23                                        and Professions Code Section 14200,
                                          et seq.
24                                   7.   Accounting
                                     8.   Involuntary Trust of Wrongful Gain
25                                   9.   California Unfair Competition,
                                          Violation of Business and
26                                        Professions Codes §§ 17200, 17500,
                                          14245
27                                   10.  Common Law Misappropriation
                                     11.  Unjust Enrichment
28                                   12.  Permanent Injunction
                                     13.  Injury to Business Reputation and

                          COMPLAINT

1 William L. Miltner, Esq. SBN 139097
  Autumn S. Frye, Esq. SBN 249421
2 MILTNER & MENCK, APC
  Emerald Plaza
3 402 West Broadway, Suite 800
  San Diego, California 92101
4 Telephone (619) 615-5333
  Telefax (619) 615-5334
5

6 Attorneys for Plaintiff INTERNATIONAL PAYMENT SERVICES, LLC   dba ELITEPAY
  GLOBAL
7

8

| UNITED STATES DISTRICT COURT |
|---|

| CENTRAL DISTRICT OF CALIFORNIA |
|---|

| INTERNATIONAL PAYMENT SERVICES, LLC, a Nevada Limited Liability Company, dba ELITEPAY GLOBAL,<br><br>     Plaintiff,<br><br>v.<br><br>CARDPAYMENTOPTIONS.COM, INC., a Texas Corporation; PHILLIP PARKER, an individual; and DOES 1-25, inclusive;<br><br>     Defendants. | CASE NO.:<br><br>**COMPLAINT FOR :**<br><br>1. **Federal Trademark Infringement**<br>2. **False Designation of Origin and Unfair Competition in Violation of the Lanham Act § 43 Under 15 U.S.C. § 1125(a), et seq.**<br>3. **Trademark Dilution in Violation of the Lanham Act § 43 Under 15 U.S.C. § 1125(c), et seq.**<br>4. **Common Law Trademark Infringement**<br>5. **Unfair Competition, False Designation Of Origin, And False Advertising Under California Business And Professions Code Sections 14200, 17200 And 17500 et seq.**<br>6. **Injury To Business Reputation And Dilution Under California Business and Professions Code Section 14200, et seq.**<br>7. **Accounting**<br>8. **Involuntary Trust of Wrongful Gain**<br>9. **California Unfair Competition, Violation of Business and Professions Codes §§ 17200, 17500, 14245**<br>10. **Common Law Misappropriation**<br>11. **Unjust Enrichment**<br>12. **Permanent Injunction**<br>13. **Injury to Business Reputation and** |

COMPLAINT

|   |   |
|---|---|
| 1 | **Intentional Interference with Contractual Relations** |
| 2 | **14.    Declaratory Relief** |
| 3 | **[DEMAND FOR JURY TRIAL]** |

Plaintiff INTERNATIONAL PAYMENT SERVICES, LLC dba ELITEPAY GLOBAL (hereinafter "Plaintiff") alleges against Defendants CARDPAYMENTOPTIONS.COM, INC. (hereinafter "CPO") and PHILLIP PARKER (hereinafter "Parker")(collectively referred to hereinafter as "Defendants") as follows:

### NATURE OF ACTION

This is an action for trademark infringement under Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a); and for related counts thereto.

### JURISDICTION

1.      Jurisdiction is proper in this Court in that there is in issue a federal question concerning the infringement of a trademark by virtue of the Lanham Act, 15 U.S.C. § 1051 et. seq., § 1121, and pursuant to 28 U.S.C. §§ 1331, 1338 and 1367, as well as pendant jurisdiction over any state law claims asserted herein pursuant to 28 U.S.C. § 1367(a).

### VENUE

2.      This Court has personal jurisdiction over Defendants Parker and CPO because Parker resides in the Central District of California and CPO has engaged in business within this judicial district.

### THE PARTIES

3.      Plaintiff is, and at all times herein mentioned was, a Nevada limited liability company conducting business throughout the United States and in this judicial district. Plaintiff has filed a fictitious firm name certificate in Clark County, Nevada to use the name ElitePay Global. Plaintiff is the legal and beneficial owner of the Trademark "ELITEPAY GLOBAL" which has been registered in the United States Patent and Trademark Office as US Registration Number 4459780 and US Serial Number 85638470.

4.      Plaintiff is informed and believes, and based thereon alleges, that Defendant CPO

2

**COMPLAINT**

1  is a corporation organized and existing under the laws of the State of Texas and was authorized to,

2  and did, conduct business in the State of California.  On information and belief, CPO has engaged

3  in business within this judicial district related to the trademark infringement at issue herein.

4       5.     On information and belief, Defendant Parker is an individual and at all relevant

5  times, resided in Los Angeles County and is, upon information and belief, the registered agent and

6  owner of Defendant CPO. Plaintiff is informed and believes that Parker started and runs the

7  website *cardpaymentoptions.com*.

8       6.     The true names and capacities, whether individual, corporate or otherwise, of

9  defendants named herein as DOES 1 through 25 inclusive, are unknown to Plaintiff, who is

10  informed and believes and based thereon alleges, that each of said fictitiously named defendants

11  is liable to Plaintiff on the causes of action herein alleged, and, therefore, Plaintiff sues said

12  defendants by said fictitious names.  Plaintiff will move to amend this Complaint when the true

13  names and capacities of said fictitiously named defendants have been ascertained.

14       7.     Plaintiff is informed and believes, and thereon alleges, that at all times relevant

15  hereto, each of the Defendants conspired and/or acted in concert with each other to commit the

16  wrongs against Plaintiff alleged herein, and in doing so were, at all relevant times, the agents,

17  servants, employees, principals, joint venturers, alter egos, and/or partners of each other. Plaintiff

18  is further informed and believes, and on that basis alleges, that in doing the things alleged in this

19  Complaint, each Defendant was acting within the scope of authority conferred upon that Defendant

20  by the consent, approval, and/or ratification of the other Defendants, whether said authority was

21  actual or apparent.

22       **FACTS COMMON TO AND APPLICABLE TO ALL COUNTS**

23       8.     For nearly 9 years, Plaintiff, has provided clients of the merchant processing

24  industry with integrated equipment, payment solutions, and training services. Originally founded

25  as International Payment Services, LLC dba PrimePay Global, Plaintiff has been operating as

26  ElitePay Global since January 1, 2011. Plaintiff offers state-of-the-art point-of-sale payment

27  systems and supports businesses' compliant and existing countertop terminals. In addition to

28  traditional terminals, Plaintiff supports wireless terminals that enable remote, non-stationary

1   processing. The firm's range of services extends to payments through mobile devices and the

2   Apriva Pay platform, which offers high levels of security and encryption.

3       9.      Since at least as early as January 1, 2011, Plaintiff has used "ElitePay Global" as

4   its tradename in connection with its merchant payment solutions equipment, services and training

5   business to identify its products and to distinguish them from those made and sold by others.

6   Plaintiff has spent significant sums in marketing its products and services worldwide in order to

7   promote its brand and business services.  Plaintiff has sold its services to more than 5000 clients

8   nationwide.

9       10.     ElitePay Global launched its website using the www.elitepayglobal.com domain

10  in or about September 2012. The website www.elitepayglobal.com is Plaintiff's internet business

11  website through which Plaintiff conducts a wide range of its business operations. The website

12  www.elitepayglobal.com is Plaintiff's marketing presence on the internet whereby Plaintiff is able

13  to provide information to and attract new clients.  Furthermore, www.elitepayglobal.com allows

14  Plaintiff to manage and service current client needs as well as provides customer service to

15  Plaintiff's current customers.  The website elitepayglobal.com further provides a web presence to

16  reach Plaintiff's current sales force as well as potential hirees.  Plaintiff has invested significant

17  sums of money to optimize Plaintiff's website to provide these services as well as ensure that when

18  "elitepay global" is searched in various search engines, including google, bing, yahoo and other

19  common search engines, the www.elitepayglobal.com website is the first non-advertisement based

20  website to appear on top of page one of the search results.  As a result of its efforts, Plaintiff has

21  developed its online business presence with strong consistent growth in all areas of its

22  www.elitepayglobal.com website.

23      11.     As a result of its continuous, and exclusive, use of the www.elitepayglobal.com

24  website, and the commercial success of the products and services sold thereunder and throughout

25  the world, Plaintiff has achieved substantial goodwill in connection with its tradename.

26      12.     To preserve and enhance its trademark rights, Plaintiff acquired United States

27  Trademark Registration No. 4459780, Serial No. 85638470 for the standard character mark

28  "ELITEPAY GLOBAL" in International Class 9 for computer software for credit card processing

**COMPLAINT**

as well as in International Class 36 for merchant services, namely payment transaction processing services and credit card processing services (hereinafter, "ELITEPAY GLOBAL Mark") via assignment on or about March 24, 2014, which was initially registered on December 31, 2013. A true and accurate copy of the registration is attached hereto as "Exhibit A". A true and accurate copy of the Trademark Assignment for the ELITEPAY GLOBAL Mark is attached hereto as Exhibit "B". The ELITEPAY GLOBAL Mark has become incontestable pursuant to 15 U.S.C. § 1065.

13.     The ELITEPAY GLOBAL Mark is valid and subsisting, has not been cancelled, and constitutes prima facia evidence of the validity of the ELITEPAY GLOBAL Mark, of the registration of the ELITEPAY GLOBAL Mark, of Plaintiff's ownership of the ELITEPAY GLOBAL Mark, and of Plaintiff's exclusive right to use the ELITEPAY GLOBAL Mark in commerce.

14.     By virtue of the ELITEPAY GLOBAL Mark, Defendants have been on constructive notice of Plaintiff's and its predecessor's rights in the ELITEPAY GLOBAL Mark.

15.     Most web users who perform searches with search engines, including Google, Bing, Yahoo, and other common search engines believe that the result given by that search engine are determined by a "natural" or "organic" system that lists results in order of objective relevance to the search term(s) inputted into the search engine, with the most relevant websites appearing near the top of the web page. However, the order in which "organic search results" are listed is automatically determined by a number of factors. For example, when a web user carries out an internet search using "Google's" search engine, Google not only provides the web user with the above-described "organic search results," but also displays a list of similarly formatted advertisements, which Google refers to as "Sponsored Links". These are generated via Google's program called "AdWords" that display advertisements to users of Google's search engine in the form of "Sponsored Links". Under its AdWords Program, Google offers advertisers the ability to select certain "keywords" that will trigger a "Sponsored Link" to the advertiser's chosen website, which will be displayed above or alongside the purportedly "organic search results". Advertisers then pay Google each time a web user clicks on the keyword-targeted "Sponsored Links" that

COMPLAINT

appear on Google's "results" page. These targeted "Sponsored Links" result are not meaningfully or conspicuously identified to consumers as paid third-party advertisements. The "Sponsored Link" advertisements appear in color, typeface, and font size that are not appreciable of these keyword-triggered "results" as "Sponsored Links" and therefore, are confusing to many consumers, because consumers are not informed as to who has done the "sponsoring".

16.     In a substantial portion of searches, Google's AdWords program makes two distinct uses of a given keyword. First, the keyword triggers the "Sponsored Link" advertisement. Second, the keyword is often published as part of the advertisement itself. Accordingly, when the keyword in question is a trademark or service mark, one can make confusing use of that mark in two different ways: (1) as a keyword trigger and (2) as part of the advertisement itself. Here, Plaintiff is informed and believes, and based thereon alleges, that Defendants do both of these, thereby causing more consumer confusion.

17.     Plaintiff recently discovered that Defendants purchased advertising on the Google search engine. When "Elitepay Global" is searched in Google, a paid advertisement or "Sponsored Link" is returned on top of page one, directing consumers to Defendants' website, www.creditcardpaymentoptions.com (hereinafter "Defendants' Website"). See Exhibit "C" described below. As such, on information and belief, Plaintiff alleges that Defendants have purchased one or more keyword advertisements using Plaintiff's trademark, ElitePay Global, or highly similar variations thereof on one or more internet search engines, including, but not limited to Google, Yahoo, and Bing ("Infringing Advertisement"), thereby infringing on Plaintiff's ELITEPAY GLOBAL Mark in interstate commerce.

18.     Additionally, the resulting ad for Defendants' Website that appears after a search of the words "Elitepay Global", contains Plaintiff's ELITEPAY GLOBAL Mark twice in the actual advertisement for Defendants' Website, as well as a third instance of half of Plaintiff's trademark, "ElitePay". A screen shot depicting the Infringing Advertisement on Google is attached hereto as Exhibit "C".

19.     As a result, the Infringing Advertisement is likely to cause confusion, mistake and to deceive consumers seeking to reach Plaintiff's website because many web users will follow the

**COMPLAINT**

advertised "Sponsored Link" to Defendants' Website in the belief that the website is owned by Plaintiff. Even if consumers realize Defendants' Website is not affiliated with Plaintiff, once they reach it, the damage to Plaintiff has already been done because Defendants' Website unilaterally rates Plaintiff's business unfairly for the benefit of Defendants and its other clients and customers. Attached herewith as Exhibit "D" is a screen shot from Defendants' Website that is linked to from clicking on the Infringing Advertisement. Plaintiff is damaged by the Infringing Advertisement because once consumers click through to Defendants' Website, they are likely to discontinue their search for Plaintiff's website all the while remaining on Defendants' Website and purchasing competing services as set forth thereon, all for the benefit of Defendants and the detriment of Plaintiff. In this manner, the Infringing Advertisements misappropriate and harm Plaintiff's goodwill in the ELITEPAY GLOBAL Mark by weakening the association of the ELITEPAY GLOBAL Mark with Plaintiff's products and services, and such consumers are likely to instead purchase competing products and services.

20.     Plaintiff has never granted any of the Defendants the permission to use, a license to use, or the right to exploit the ELITEPAY GLOBAL Mark in any form or variation. Plaintiff has further not approved, authorized, sponsored, or endorsed any of Defendants' statements, opinions or reviews on Defendants' Website.

21.     Defendants' Website is targeted to substantially the same consumer base as Plaintiff's website using Plaintiff's ELITEPAY GLOBAL Mark (i.e. www.elitepayglobal.com).

22.     Customers familiar with the ELITEPAY GLOBAL Mark and looking for Plaintiff's services will be mislead by the Infringing Advertisements, will be misdirected to Defendants' Website, and will be unfairly subjected to Defendants' unilateral poor rating of Plaintiff's business for the benefit of Defendants' other clients and customers who are rated higher and better than Plaintiff on Defendants' Website.

23.     Defendants' offering of services in connection with the ELITEPAY GLOBAL Mark improperly trades off the goodwill Plaintiff has established in the ELITEPAY GLOBAL Mark in order to improperly attract consumers to Defendant's Website and the services offered by Defendant and Defendants' clients thereon.

**COMPLAINT**

24.     Despite having constructive knowledge of Plaintiff's rights in the ELITEPAY GLOBAL Mark and the registration thereof by its predecessor, Defendants have failed to cease their infringing activities and continue to advertise, market, and promote their website using the ELITEPAY GLOBAL Mark without authorization from Plaintiff and in complete and willful disregard of Plaintiff's federal and common law trademark rights.

25.     Plaintiff is informed and believes, and on that ground alleges, that Defendants adopted the Infringing Advertisements with knowledge of Plaintiff's ELITEPAY GLOBAL Mark, with the intent to deceive consumers, with the intent to cause confusion among purchasers for the purpose of misappropriating and benefitting from the goodwill and public recognition associated with Plaintiff's ELITEPAY GLOBAL Mark, and by diverting internet traffic and resulting sales from Plaintiff to Defendant and Defendants' clients and customers whose businesses are rated highly.

26.     Plaintiff has caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm to Plaintiff for which Plaintiff has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF

### Federal Trademark Infringement Against All Defendants and DOES 1 through 25

27.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 26 as if fully set forth herein.

28.     Plaintiff's goods and services are offered and advertised to the same or similar classes of purchasers and through the same channels of commerce as those set forth on Defendants' Website, which competes directly with Plaintiff's goods and services.  Defendants have unilaterally rated Plaintiff's company unfairly for the benefit of Defendants and Defendants' other clients and customers.

29.     Defendants' unlawful and improper actions, as set forth above, are likely to cause confusion, mistake, or deception, or to deceive consumers as to the integrity of Plaintiff's company, the quality of the equipment and services offered by Plaintiff and falsely mislead consumers into believing that the products and services set forth on Defendants' Website are superior to Plaintiff and/or are sanctioned by Defendants.

8

**COMPLAINT**

30.     Defendants' unlawful and improper actions, as set forth above, are likely to at least initially confuse consumers into clicking on CPO's advertisements, thereby directing the consumers to Defendants' Website and allowing Defendants to misappropriate Plaintiff's goodwill.

31.     Based thereon, Plaintiff is informed and believes and based thereon alleges that Defendants intentionally and knowingly infringed Plaintiff's ELITEPAY GLOBAL Mark without the consent or authorization of Plaintiff by using, in commerce, Plaintiff's ELITEPAY GLOBAL Mark and similar words in metatags, keywords or other pay-per-click advertising (including but not limited to Google AdWords) in connection with the sale, offering for sale, distribution and advertising of goods and services by Defendants. Defendants' actions have been and remain willful and in a bad faith intent to profit on Plaintiff's ELITEPAY GLOBAL Mark.

32.     Accordingly, Defendants' activities constitute infringement of Plaintiff's ELITEPAY GLOBAL Mark in violation of, among other things, Section 32 of the Lanham Act (15 U.S.C. § 1114(1)) and infringement of the ELITEPAY GLOBAL Mark.

33.     Defendants' acts of infringement have caused Plaintiff to sustain monetary damage, loss, and injury in an amount to be determined at trial.

34.     Defendants have engaged and continue to engage in these activities knowingly and willfully so as to justify the assessment of treble damages and attorneys' fees under Section 35 of the Lanham Act (15 U.S.C. § 1117).

35.     Defendant's acts of infringement have and, unless enjoined by this Court, will continue to cause Plaintiff to sustain irreparable harm, loss, and injury for which Plaintiff has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

**False Designation of Origin and Unfair Competition in Violation of the Lanham Act § 43 Under 15 U.S.C. § 1125(a), et seq. Against All Defendants and DOES 1 through 25**

36.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 35 as if fully set forth herein.

37.     Defendants' unlawful and improper actions in using Plaintiff's ELITEPAY GLOBAL Mark in interstate commerce, as set forth above, are likely to cause confusion, mistake,

9

**COMPLAINT**

1  or to deceive consumers as to the origin, sponsorship, or approval of its goods or services, the

2  integrity of Plaintiff's company, the quality of the equipment and services offered by Plaintiff, and

3  to falsely mislead consumers into believing that the products and services set forth on Defendants'

4  Website are superior to Plaintiff and/or are sanctioned by Defendants. Plaintiff is and has been

5  seriously injured by such deception, which has negatively impacted its ability to distribute, market,

6  and otherwise exploit its products and services.

7       38.     By engaging in the wrongful conduct described herein, Defendants' activities

8  constitute false designation of origin and unfair competition in violation of Section 43(a) of the

9  Lanham Act (15 U.S.C. § 1125(a)).

10       39.     Defendants' aforementioned acts have caused Plaintiff to sustain monetary damage,

11  loss, and injury in an amount to be determined at trial. Because Defendants have engaged in the

12  conduct described herein with fraudulent intent, and with the actual knowledge of the harm being

13  caused to Plaintiff by such wrongful conduct, this is an exceptional case, which merits an award

14  of treble damages and attorney's fees against Defendants.

15       40.     Defendants' aforementioned acts have and, unless enjoined by the Court, will

16  continue to cause Plaintiff to sustain irreparable harm, loss, and injury for which Plaintiff has no

17  adequate remedy at law.

18  **THIRD CLAIM FOR RELIEF**

19  **Trademark Dilution in Violation of the Lanham Act § 43**

20  **Under 15 U.S.C. § 1125(c), et seq. Against All Defendants and Does 1 through 25**

21       41.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 40 as if fully

22  set forth herein.

23       42.     Plaintiff is the legal and registered owner of the ELITEPAY GLOBAL Mark which

24  is famous and distinctive. Defendants are making use of the ELITEPAY GLOBAL Mark.

25       43.     Plaintiff is informed and believes and based thereon alleges that Defendants'

26  continued use of Plaintiff's unique and famous ELITEPAY GLOBAL Mark presents a likelihood

27  of dilution of the distinctive value of the ELITEPAY GLOBAL Mark and business reputation

28  associated with said mark.

**COMPLAINT**

44.     Plaintiff did not and does not authorize Defendants to use the ELITEPAY GLOBAL Mark in any manner whatsoever.

45.     As a direct result of Defendants' willful acts of Trademark Infringement as described herein, Plaintiff has suffered substantial damage, at an amount to be proven at trial.

46.     Defendants' acts of Trademark Infringement and Trademark Dilution, have also caused Plaintiff irreparable, ongoing injury of a nature that may not be compensate or measured by monetary damages alone, and Plaintiff has no adequate remedy at law and will suffer immediate and irreparable loss, damage and injury in such wrongful conduct and is therefore entitled to injunctive relief.

47.     Plaintiff avers that Defendants' use of the ELITEPAY GLOBAL Mark comprises a false description or representation of such business or products under 15 U.S.C. § 1125(c) (Section 43 of the Lanham Act).

48.     Furthermore, by engaging willingly in the wrongful conduct described herein, Defendants have acted maliciously fraudulently and oppressively, in conscious disregard of Plaintiff's rights. Consequently, Plaintiff is entitled to punitive damages in an amount sufficient to punish Defendants according to proof at trial.

## FOURTH CLAIM FOR RELIEF

### Common Law Trademark Infringement

### Against All Defendants and Does 1 through 25

49.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 48 as if fully set forth herein.

50.     In addition to the rights afforded Plaintiff via the registration of the ELITEPAY GLOBAL Mark, Plaintiff owns and uses the ELITEPAY GLOBAL Mark and enjoys common law rights in California and throughout the United States in and to the ELITEPAY GLOBAL Mark in connection with merchant payment processing software and related goods and services, and these rights are senior and superior to any rights that Defendants may claim in and to its rights to advertise using the ELITEPAY GLOBAL Mark.

**COMPLAINT**

51.     Defendants' use of the ELITEPAY GLOBAL Mark is intentionally designed to trade on the goodwill and reputation that Plaintiff has established in the ELITEPAY GLOBAL Mark.

52.     Defendants' unlawful and improper actions, as set forth above, are likely to cause confusion, mistake, or to deceive consumers as to the integrity of Plaintiff's company, the quality of the equipment and services offered by Plaintiff, and to falsely mislead consumers into believing that the products and services set forth on Defendants' Website are superior to Plaintiff and/or are sanctioned by Defendants based on the unilateral rating of Plaintiff's company to the unfair benefit of Defendants and Defendants' other clients and customers that are rated highly as set forth on Defendants' Website.

53.     Defendants' aforementioned acts have, and unless enjoined by the Court will continue to cause Plaintiff to sustain irreparable harm, loss, and injury for which Plaintiff has no adequate remedy at law. As a result, Plaintiff has suffered damages in an amount to be determined at trial. Plaintiff is further entitled to recover from Defendants any and all gains, profits, and advantages obtained and to be obtained by Defendants as a result of Defendants' unlawful acts as described herein.

## FIFTH CLAIM FOR RELIEF

**Unfair Competition, False Designation Of Origin, And False Advertising Under**

**California Business And Professions Code Sections 14200, 17200 And 17500 et seq.**

**Against All Defendants and Does 1 through 25**

54.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 53 as if fully set forth herein.

55.     Defendants' above-referenced acts constitute unlawful, unfair, and fraudulent business practices, as well as  unfair, deceptive, untrue, and misleading advertising, as well as competition, and false designation of origin in violation of California Business and Professions Code, Sections 14200, 17200 and 17500, et seq.

56.     Plaintiff is informed and believes and based thereon alleges that Defendants have committed these acts of unfair competition, false designation of origin and false advertising with, the intent of causing confusion and mistake and of misleading and deceiving consumers as to the

12

**COMPLAINT**

1    integrity of Plaintiff's company, the quality of the equipment and services offered by Plaintiff, and

2    to falsely mislead consumers into believing that the products and services set forth on Defendants'

3    Website are superior to Plaintiff and/or are sanctioned by Defendants based on the unilateral rating

4    of Plaintiff's company to the unfair benefit of Defendants and Defendants' other clients and

5    customers that are rated highly as set forth on Defendants' Website.

6         57.    Plaintiff is informed and believes and based thereon alleges that Defendants, in

7    engaging in the conduct described herein, willfully intended to trade on the reputation of Plaintiff's

8    trade name "ELITEPAY GLOBAL", and to cause injury to Plaintiff.

9         58.    By reason of the acts of Defendants alleged herein, Plaintiff has suffered, is

10   suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained

11   from continuing its wrongful acts, the damage will be increased.

12        59.    Plaintiff has no adequate remedy at law. Unless Defendants are preliminarily and

13   permanently enjoined from committing these unlawful acts as set forth above, including the

14   unauthorized use of the ELITEPAY GLOBAL Mark in commerce, Plaintiff will continue to suffer

15   irreparable harm.

16        60.    Plaintiff is entitled to an injunction pursuant to Cal. Bus. & Prof. Code §§ 17203

17   and 17535 restraining Defendants, and its officers, agents, servants and employees, and all persons

18   in active concert or participation with them, including, but not limited to, any and all third-party

19   promoters and sellers of Defendants' products and services, from engaging in any further such acts.

20        61.    Plaintiff is further entitled to recover from Defendants any and all gains, profits, and

21   advantages obtained and to be obtained by Defendants as a result of Defendants' unlawful acts as

22   described herein.

23                              **SIXTH CAUSE OF ACTION**

24   **Injury To Business Reputation And Dilution Under California Business and Professions**

25        **Code Section 14200, et seq. Against All Defendants and Does 1 through 25**

26        62.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 61 as if fully

27   set forth herein.

28

---

13

**COMPLAINT**

63.     Defendants' above-referenced acts have caused and are likely to cause injury to Plaintiff's business reputation and dilution of Plaintiff's distinctive trade name in violation of California Business and Professions Code, Section 14200 et seq.

64.     By reason of the acts of Defendants alleged herein, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained from continuing their wrongful acts, the damage will be increased.

65.     Plaintiff has no adequate remedy at law. Unless Defendants are preliminarily and permanently enjoined from committing these unlawful acts as set forth above, including the unauthorized use of the ELITEPAY GLOBAL Mark in commerce, Plaintiff will continue to suffer irreparable harm.

66.     Plaintiff is further entitled to recover from Defendants any and all gains, profits, and advantages obtained and to be obtained by Defendants as a result of Defendants' unlawful acts as described herein.

## SEVENTH CAUSE OF ACTION

### Accounting Against All Defendants and Does 1 through 25

67.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 66 as if fully set forth herein.

68.     Defendants have profited, gained, and obtained advantages as a result of their use of the ELITEPAY GLOBAL Mark. Plaintiff is informed and believes that Defendants have generated an undetermined, yet substantial amount of money, due to the commercial exploitation of Plaintiff's ELITEPAY GLOBAL Mark. As such, Plaintiff has an interest in all of the money that is generated from Defendants' exploitation of Plaintiff's ELITEPAY GLOBAL Mark.

69.     The amount by which Defendants have profited through the use of Plaintiff's ELITEPAY GLOBAL Mark is unknown to Plaintiff and cannot be ascertained without an accounting of all of Defendants' financial records related to the sales generated through there infringing activities

70.     As a result of Defendants' action, or lack thereof, Plaintiff has been damaged in an amount to be proven after an accounting has been conducted. Accordingly, Plaintiff hereby requests

**COMPLAINT**

the court order, an accounting of all of Defendants' financial records related to the infringing activities in order to determine the sums rightfully due to Plaintiff. Furthermore, Plaintiff demands that those sums be paid to it.

## EIGHTH CAUSE OF ACTION

**Involuntary Trust of Wrongful Gain Against All Defendants and Does 1 through 25**

71.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 70 as if fully set forth herein.

72.    As a direct and proximate result of the acts described above, Defendants have obtained monies from the use of the ELITEPAY GLOBAL Mark. These sums have been obtained as a result of Defendants' intentional, oppressive, and malicious and wrongful acts, mistake, fraud and breach of trust, as set forth above. Defendants have been unjustly enriched by the receipt of said sums of money and Plaintiff is entitled to obtain the profits received from the use of the ELITEPAY GLOBAL Mark. Plaintiff has not given its consent for Defendants to utilize the ELITEPAY GLOBAL Mark. As such, Defendants hold all such sums as an involuntary trustee for the benefit of Plaintiff and said monies should be placed in a constructive trust until such time as this matter is resolved.

## NINTH CLAIM FOR RELIEF

**California Unfair Competition, Violation of Business and Professions Codes §§ 17200, 17500, 14245 Against All Defendants and Does 1 Through 25**

73.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 72 as if fully set forth herein.

74.    Plaintiff is informed and believes and based thereon alleges that Defendants' use of the ELITEPAY GLOBAL Mark to promote, market, or sell products or services in direct competition with Plaintiff's products and services, without Plaintiff's permission, constitutes unfair competition pursuant to 15 U.S.C. § 1125(a).

75.    Plaintiff is informed and believes and based thereon alleges that Defendants intentionally appropriated Plaintiff's ELITEPAY GLOBAL Mark with the intent of causing confusion, mistake, and deception as to the source of Defendants' Website and the goods and

15

**COMPLAINT**

1    services offered thereon with the intent to unlawfully benefit therefrom.

2        76.     Defendants' aforementioned acts have caused and will continue to cause injury to

3    Plaintiff by depriving Plaintiff of sales of its goods and services and injuring Plaintiff's business

4    reputation and goodwill in the ELITEPAY GLOBAL Mark, singly and in conjoined form, all in

5    violation of the common law of the State of California. Plaintiff is informed and believes and based

6    thereon alleges that said acts of infringement of Plaintiff's ELITEPAY GLOBAL Mark constitute

7    "unlawful, unfair or fraudulent business act(s) or practice(s) and unfair, deceptive, untrue or

8    misleading advertising" within the meaning of California Business & Professions Code § 17200.

9        77.     Plaintiff is informed and believes and based thereon alleges that Defendants'

10   wrongful conduct, as alleged above and otherwise, also constitutes unfair competition and

11   deceptive practices under California Business & Professional Code §§ 17200, et seq., 17500, and

12   14245 et seq. and presents a continuing threat to the consuming public in that the public is likely

13   to be deceived as to the affiliation, connection, and association of Plaintiff to the "Sponsored

14   Links" or ads published by Google, including Defendants' Website, after a member of the public

15   enters a keyword into Google's search engine.

16       78.     As a direct and proximate result of Defendant's wrongful conduct, Plaintiff has

17   suffered and will continue to suffer injury in fact resulting in the loss of money, goodwill and/or

18   property in an amount to be determined at trial. As such, Plaintiff is entitled to recover from

19   Defendants any and all gains, profits, and advantages obtained and to be obtained by Defendants

20   as a result of Defendants' unlawful acts as described herein.

21       79.     In addition, Defendants' conduct, unless enjoined and restrained has, and will

22   continue to cause irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law.

23   Pursuant to California Business and Professions Code § 17203, Plaintiff is entitled to preliminary

24   and permanent injunctive relief ordering Defendants to cease this unfair competition, thereby

25   enjoining Defendants from unlawfully using in commerce Plaintiff's ELITEPAY GLOBAL Mark,

26   as well as disgorgement of all of Defendants' profits associated with this unfair competition.

27       80.     Plaintiff is informed and believes, and based thereon alleges, that, in acting as

28   alleged herein, Defendants have acted intentionally and despicably with oppression, fraud and

**COMPLAINT**

1  malice. Accordingly, Plaintiff is entitled to an award of punitive damages for the sake of example

2  and by way of punishing Defendants.

3  **TENTH CLAIM FOR RELIEF**

4  **Common Law Misappropriation Against All Defendants and Does 1 Through 25**

5       81.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 80 as if fully

6  set forth herein.

7       82.    Plaintiff has invested substantial time, man-hours, resources, and money in

8  adopting, developing, and using the ELITEPAY GLOBAL Mark and the goodwill associated

9  therewith.

10       83.    In committing the aforementioned unlawful and improper acts, Defendants have

11  misappropriated and taken without permission Plaintiff's property and converted it to their own use

12  for their own benefit. By such misappropriation, Defendants have benefitted by using the

13  ELITEPAY GLOBAL Mark and confusingly similar variations thereof to offer and promote the

14  goods and services of Defendants and Defendants' clients and customers without having to make

15  a substantial investment of their own resources.

16       84.    Defendants' acts constitute misappropriation under the common law of the State of

17  California.

18       85.    Defendants have and, unless enjoined, will continue to be unjustly enriched by its

19  acts of misappropriation.

20       86.    Defendant's aforementioned acts have and, unless enjoined by the Court, will

21  continue to cause Plaintiff to sustain irreparable harm, loss, and injury for which Plaintiff has no

22  adequate remedy at law.

23  **ELEVENTH CLAIM FOR RELIEF**

24  **Unjust Enrichment Against All Defendants and Does 1 Through 25**

25       87.    Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 86 as if fully

26  set forth herein.

27       88.    Plaintiff is informed and believe and based thereon alleges that by reason of the

28  foregoing facts, Defendants have become unjustly enriched at the expense of Plaintiff by profiting

17

**COMPLAINT**

1   from the use of Plaintiff's ELITEPAY GLOBAL Mark and by realizing monetary gain from their

2   unauthorized use of said mark.

3          89.     Defendants have been unjustly enriched, with damages in an amount that cannot be

4   precisely ascertained at this time, but will be ascertained according to proof at the time of trial.

5          90.     As a direct result of Defendants' actions, Plaintiff has suffered substantial damage,

6   in an amount to be proven at trial.

7          91.     Since Defendants' acts have also caused Plaintiff irreparable, ongoing injury of a

8   nature that cannot be adequately compensated or measured in damages, Plaintiff has no adequate

9   remedy at law and will suffer immediate and irreparable loss, damage and injury unless Defendants

10  are restrained and enjoined from continuing to engage in such wrongful conduct.

11                            **TWELFTH CLAIM FOR RELIEF**

12       **Permanent Injunction Against All Defendants and Does 1 Through 25**

13         92.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 92 as if fully

14  set forth herein.

15         93.     Plaintiff contends that a likelihood of confusion exists between its trademarks rights

16  to the ELITEPAY GLOBAL Mark and Defendants' activities insofar as consumers are apt to

17  assume that a product or service offered by Defendants is associated with Plaintiff due to marketing

18  techniques.

19         94.     Plaintiff further contends Defendants' actions and or activities have and will

20  continue to dilute its famous and distinctive trademark.

21         95.     At this time Defendants continue to engage in the aforementioned infringing

22  activity, and/ or assist in the aforementioned infringing activity.

23         96.     These actions on behalf of Defendants are wrongful and should be enjoined because

24  they have caused, and continue to cause, Plaintiff great and irreparable injury, damages in amount

25  to be proven at trial.

26         97.     Plaintiff has no other plain, speedy or adequate remedy at law, and the injunctive

27  relief prayed for below is necessary and appropriate at this time to prevent irreparable loss to

28  Plaintiff's interest.

**COMPLAINT**

## THIRTEENTH CLAIM FOR RELIEF

### Declaratory Relief Against All Defendants and Does 1 through 25

98.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 97 as if fully set forth herein.

99.     An actual controversy has arisen and now exists between Plaintiff and Defendants as to the infringement of the ELITEPAY GLOBAL Mark and the rights, duties and obligations, with respect thereto. Plaintiff alleges that it has been and is entitled to exclusive use of said name, including its use in any internet advertising or keyword advertising, or in any way directing any consumers, customers or potential customers to Plaintiff's company and website. Defendant denies Plaintiff's claim.

100.     Plaintiff seeks a declaratory judgment finding that Defendants have infringed on the ELITEPAY GLOBAL Mark . Plaintiff seek an order of this court that Plaintiff is the sole owner of all intellectual property at issue in this case.

101.     A judicial declaration is necessary and appropriate at this time under the circumstances in order that Plaintiff may ascertain her rights and duties.

### DEMAND FOR JURY TRIAL

102.     Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands trial by jury of all claims so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff International Payment Services, LLC demands judgment against Defendants CPO and Parker as follows:

1.     For an Order granting a preliminary and permanent injunction against CPO and each of its officers, agents, servants, employees, and those persons acting in concert or participation with them:

(a)     Restraining and enjoining Defendants from using the ELITEPAY GLOBAL Mark (however spelled, whether capitalized, abbreviated, singular or plural, printed or stylized, used alone or in combination with any other words, used in caption or text, or used orally or otherwise) or any other reproduction, counterfeit, copy, colorable imitation, or confusingly similar

variation of the ELITEPAY GLOBAL Mark, in any internet advertising or keyword advertising, or in any way directing any consumers, customers or potential customers to Defendants' Website, including without limitation as a domain name, in metatags, in keyword or other pay-per-click advertising, in any sponsored search engine advertising (including but not limited to Google, Yahoo, and Bing), in other internet uses, or in any manner that directs internet traffic to the Defendant's Website or any website now or hereafter affiliated with Defendants.

(b)     Restraining and enjoining Defendants from using any other mark, term, slogan, tag line, or phrase that directs or tends to direct any consumers, customers or potential customers to Defendants' Website, including without limitation as a domain name, in metatags, in keyword or other pay-per-click advertising, in any sponsored search engine advertising (including but not limited to Google, Yahoo, and Bing), in other internet uses, or in any manner that directs internet traffic to the Defendant's Website or any website now or hereafter affiliated with Defendants.

(c)     Restraining and enjoining Defendants from using in connection with any goods or services any false or misleading designation, description, rating or representation, whether by words or symbols, that suggests or implies any unfair rating of Plaintiff or gives Defendants an unfair competitive advantage in the marketplace or constitutes false advertising;

(d)     Restraining and enjoining Defendants from engaging in any acts of common law trademark infringement, unfair competition, or misappropriation that would damage or injure Plaintiff;

2.     For an Order that, in accordance with section 34 of the Lanham Act (15 U.S.C. § 1116), Defendants file with the Court and serve on counsel for Plaintiff within thirty days after service on Defendants of such Order, or within such other time period as the Court may direct, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the Order;

3.     For an award and Order of disgorgement of Defendants' profits or other advantages and Plaintiff's damages resulting from Defendants' unlawful acts set forth herein, in an amount to

**COMPLAINT**

1   be proven at trial, together with interest from the date of accrual thereof;

2        4.      For an award of treble damages in an amount to be proven at trial pursuant to

3   Section 35 of the Lanham Act 15 U.S.C. § 1117;

4        5.      For an award of Plaintiff's reasonable attorneys' fees, interest, and costs incurred in

5   this action;

6        6.      For an award of punitive damages for Defendants' malicious, wanton, and willful

7   acts as set forth herein; and

8        7.      For an award of such other and further relief as justice and equity may require.

9

10  Dated: April 4, 2014                              MILTNER & MENCK, APC

11

12                                       By:      ___/s/ William L Miltner_____
                                                  William L. Miltner, Esq.
13                                                Autumn S. Frye, Esq.
                                                  Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

21

**COMPLAINT**

# EXHIBIT "A"

# United States of America

### United States Patent and Trademark Office

# ELITEPAY GLOBAL

**Reg. No. 4,459,780**

**Registered Dec. 31, 2013**

**Int. Cls.: 9 and 36**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INTERNATIONAL PAYMENT PROCESSING, LLC (NEVADA LIMITED LIABILITY COMPANY)
2850 WEST HORIZON RIDGE PKWY. #200
HENDERSON, NV 89052

FOR: COMPUTER SOFTWARE FOR CREDIT CARD PROCESSING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

FOR: MERCHANT SERVICES, NAMELY, PAYMENT TRANSACTION PROCESSING SERVICES; MERCHANT SERVICES, NAMELY, CREDIT CARD PROCESSING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOBAL", APART FROM THE MARK AS SHOWN.

SN 85-638,470, FILED 5-30-2012.

KIMBERLY PERRY, EXAMINING ATTORNEY



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

# EXHIBIT "B"

900283865   03/24/2014

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM298993

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| International Payment Processing, LLC | | 03/24/2014 | LIMITED LIABILITY COMPANY: NEVADA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | International Payment Services, LLC |
| Street Address: | 2850 West Horizon Ridge Pkwy. #200 |
| City: | Henderson |
| State/Country: | NEVADA |
| Postal Code: | 89052 |
| Entity Type: | LIMITED LIABILITY COMPANY: NEVADA |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 85638470 | ELITEPAY GLOBAL |

### CORRESPONDENCE DATA

**Fax Number:**          6196155334

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

**Phone:**          619-615-5333
**Email:**          bill@miltnerlaw.com
**Correspondent Name:**          William L. Miltner
**Address Line 1:**          402 W. Broadway, Suite 800
**Address Line 4:**          San Diego, CALIFORNIA 92101

| NAME OF SUBMITTER: | William L. Miltner |
|---|---|
| SIGNATURE: | /William L. Miltner/ |
| DATE SIGNED: | 03/24/2014 |

**Total Attachments: 1**
source=Assignment#page1.tif

OP $40.00 85638470

## TRADEMARK ASSIGNMENT

International Payment Processing, LLC, a Nevada limited liability company, located at 2850 West Horizon Ridge Pkwy. #200, Henderson, Nevada 89052 (herein "Assignor"),  has adopted and is using the mark ELITEPAY GLOBAL for which the Assignor has obtained registration in the United States Patent and Trademark Office as US Registration Number 4459780 and US Serial Number 85638470 (herein the "Mark").

International Payment Services, LLC, a Nevada limited liability company, located at 2850 West Horizon Ridge Pkwy. #200, Henderson, Nevada 89052 (herein "Assignee"), desires to acquire the Mark.

Now, therefore, for good and valuable consideration, receipt of which is acknowledged, Assignor hereby assigns to Assignee and its successors and assigns forever, the entire title, right, interest, ownership and all subsidiary rights in and to the Mark, together with the registration of the Mark identified above, and the good will of the business symbolized by and associated with the Mark and registration thereof, including, but not limited to, the following:

(a) the right to sue and recover for, and the right to profits or damages due or accrued arising out of or in connection with, any and all past, present or future infringements or dilution of or damage or injury to the Mark or its registration or such associated goodwill; and

(b) the right to prosecute and secure registration in the Mark in Assignee's own name and to secure renewals and extensions of the registration and application for registration in the United States of America or any other country; and the right to determine, in Assignee's sole discretion whether or not any registration or application for registration of the Mark shall be preserved and maintained or registered.

IN WITNESS WHEREOF, the Assignor has executed this Assignment to be executed as of the date written below.

International Payment Processing, LLC          Dated: _3/24/14_

By: _Brian a. Bentley_
Its: _Pres of Ops_

### ACKNOWLEDGMENT

STATE OF UTAH
COUNTY OF CACHE

The foregoing instrument was acknowledged before me this _24_ day of March 2014 by Brian A. Bentley, Manager of International Payment Processing, LLC, a Nevada limited liability company, on behalf of the limited liability company.

```
Notary Public
RICHARD NOBBS
COMMISSION NUMBER 670695
My Commission Expires
September 20, 2017
STATE OF UTAH
```

_____
Notary Public Signature

_Richard Nobbs_
Notary Public Printed Name

# EXHIBIT "C"

Google     ElitePay Global     🔍     Sign in

Web   News   Maps   Shopping   Videos   More ▾   Search tools

About 9,280 results (0.12 seconds)

**Save with ElitePay Global - elitepayglobal.com**
`Ad` www.**elitepayglobal**.com/ ▾
Credit Card Processing at its' Best Businesses Trust **ElitePay Global**
Contact - About Us

**Global Industrial - Official Site - GLOBAL**industrial.com
`Ad` www.**global**industrial.com/ ▾ 4.4 ★★★★✦ advertiser rating
Buy Industrial Equipment & Supplies at Low Prices!
Global Industrial has 197 followers on Google+
Bins, Totes & Containers - Account Login - Material Handling

**ElitePay Global** Review - CardPaymentOptions.com
`Ad` www.cardpaymentoptions.com/**ElitePay** ▾
Complaints, Rating, and Reviews for **ElitePay Global** CC Processing
Join The Fight - Rate Quotes - Pricing Guide

**ElitePay Global**
www.**elitepayglobal**.com/ ▾
**ElitePay Global** is on the cutting edge of technology when it comes to accepting ... No
matter the application, ElitePay has the equipment solution for you.
Agent Login - About Us - Merchant Training - Payment Solutions

**Ripoff Report | Elite pay Global** Complaint Review Select State ...
www.ripoffreport.com/.../**Elite-pay-Global**/.../**Elite-pay-Global**-Michael-... ▾
Nov 18, 2013 - **Elite pay Global** Complaint Review: **Elite pay Global** Michael
Salimbene deceived me into a four year agreement under false pretence ...

**Elite Pay Global** Review - Merchant Maverick
www.merchantmaverick.com/reviews/**elite-pay-global**-review/ ▾
by Tom DeSimone
Dec 2, 2013 - Looking for **ElitePay Global** reviews? Have ElitePay complaints or ripoff
warnings? Check out our unbiased review and weigh in with your ...

**ElitePay Global** Review - CardPaymentOptions.com
www.cardpaymentoptions.com/credit-card-processors/**elitepay-global**/ ▾
by Phillip Parker - in 386 Google+ circles
Mar 26, 2013 - UPDATED: Feb 7, 2014 - We are currently able to locate over 70
negative **ElitePay Global** reviews, many of which accuse the company of ...

Don't Lease a Credit Card Machine! - CardFellow
 www.cardfellow.com/blog/lease-credit-card-machine/ ▾
by Ben Dwyer - in 31 Google+ circles
I have a lease with **Elitepay global** . Not even a month into having signed a
lease , i can't get out of this mess. I called this salesman back within a hour of
signing ...

**ElitePay Global** Business Review in Henderson, NV - Maryland BBB
www.bbb.org/.../**elitepay-global**-in-henderson-nv-... ▾ Better Business Bureau ▾
BBB's Business Review for **ElitePay Global**, Business Reviews and Ratings for
**ElitePay Global** in Henderson, NV.

International Payment Services, LLC - Better Business Bureau
www.bbb.org › ... › Henderson, NV ▾ Better Business Bureau ▾
Alternate Business Names. **ElitePay Global**. Directions | Enlarge. LocationsX. 1
Locations. BBB® Accredited Business. 2850 W Horizon Ridge Pkwy Ste 200.

**Elite Pay Global** Careers and Employment | Indeed.com
www.indeed.com/cmp/**Elite-Pay-Global** ▾ Indeed.com ▾
★ ✰ ✰ ✰ ✰ Rating: 1 - 1 review
Research and review **Elite Pay Global** jobs. Learn more about a career with **Elite Pay
Global** including all recent jobs, hiring trends, salaries, work environment ...

Top 93 Complaints and Reviews about First Data **Global** Leasing
www.consumeraffairs.com/scam_alerts/first-data-**global**-leasing.html ▾
I spoke with Flower from First Data Global Leasing about additional charges ..... **Elite
Pay Global** was set up on auto draft and started taking payments out ...

**Elite Pay Global** Jobs | Job Search with Simply Hired
www.simplyhired.com/k-**elite-pay-global**-jobs.html ▾
449 **elite pay global** jobs available. Find your next **elite pay global** job and jump-start
your career with Simply Hired's job search engine.

Searches related to **elitepay global**

| | |
|---|---|
| elitepay global bbb | elite pay global salary |
| elite pay global reviews | elite pay global phone number |
| elite pay global complaints | global payments salary |
| elite pay global bbb | |

Goooooooooogle ›

**1** 2 3 4 5 6 7 8 9 10    **Next**

Help    Send feedback    Privacy & Terms

# EXHIBIT "D"

Fighting For Fairness. Bringing You Options.

Learn more.

# ElitePay Global Review

Categories: Credit Card Processors

by Phillip Parker

*March 26, 2013*

## ElitePay Global



Last Updated: **February 7, 2014**

**Rating Breakdown (Details Below)**

| | |
|---|---|
| **Sales & Marketing Tactics** | ■ ▢ ▢ ▢ ▢ |
| **Costs & Contract Terms** | ■ ▢ ▢ ▢ ▢ |
| **Complaints & Service** | ■ ■ ■ ▢ ▢ |
| **BBB Rating** | ■ ■ ■ ▢ ▢ |

Top Processors | Get Rate Quotes | Write a ElitePay Global Review

---

## ElitePay Global Overview



ElitePay Global Logo

ElitePay Global (elitepayglobal.com), formerly known as PrimePay Global and International Payment Services, LLC, is a merchant account provider headquartered in Henderson, Nevada. ElitePay Global may still offer some of its services under the PrimePay Global name, but it should not be confused with PrimePay, an unrelated merchant services company. ElitePay Global resells the payment processing services of First Data. Founded in 2005, ElitePay Global offers payment solutions including online gateways, portable payment systems, mobile payments, point-of-sale systems, and countertop terminals. ElitePay also provides merchant training and equipment sales. ElitePay Global is a registered ISO/MSP of Wells Fargo Bank, N.A., in Walnut Creek, California, and is located at 2850 W Horizon Ridge Pkwy Ste 200, Henderson, Nevada 89052-4395.

Case 2:14-cv-02604-CBM-JC   Document 1   Filed 04/07/14   Page 33 of 53   Page ID #:41

# ElitePay Global Sales & Marketing Tactics | D

ElitePay Global appears to hire independent sales agents to market its services. Generally speaking, independent contractors receive little training or oversight while in the field and are motivated to increase their commissions by signing merchants up for expensive contracts. This hiring practice usually results in elevated complaints among merchants. ElitePay does not appear to be an exception, as we are currently able to locate multiple ElitePay Global complaints filed by merchants and employees that describe unethical behavior by the company's sales agents. Common complaints include misrepresentation of rates, nondisclosure of expensive contract terms (especially those attached to equipment leases), and poor training/support for employees.

One complainant who claims to be a former sales agent of ElitePay has stated that the company intentionally misinforms its agents about its rates and fees. According to this source, it is ElitePay Global policy to not allow sales reps to service the accounts they have brought in, which means that these agents never hear reports from dissatisfied merchants that could contradict what the agents were taught by the company. Another complaint from a merchant also stated that sales reps are removed from the accounts they sign up. If these complaints are to be believed, it seems ElitePay Global does not place a premium on transparency in its marketing.

# ElitePay Global Costs & Contract Terms | D

The ElitePay Global program guide (available below) describes a three-year agreement with automatic renewal and a tiered pricing structure through First Data. It appears that merchants who use ElitePay are subject to variable early termination fees, PCI Compliance fees, PCI non-compliance fees, and monthly minimum fees. Additionally, merchants are reporting very expensive 48-month leases that are packaged with the company's credit card processing services. One complainant who claims to be a former employee of ElitePay Global stated as recently as September 2013 that the company offers

equipment through both First Data and Northern Leasing. This is a troubling claim, as Northern Leasing has a very poor reputation within the industry.

There are currently many complaints about the cost of an ElitePay Global contract. Most merchants express frustration over the company's non-cancellable, long-term equipment leases that cost thousands of dollars for equipment that is usually less than $400. Merchants also report sudden increases in cost several months into their contracts in addition to undisclosed fees. Overall, the consistent theme among complainants at this time is that ElitePay Global does not offer competitive or even average contract terms.

**Click here to see a copy of the standard ElitePay Global program guide**

# ElitePay Global Complaints & Service | C

We are currently able to locate approximately 25 ElitePay Global reviews, many of which accuse the company of being a scam or a ripoff. Major themes among complainants include expensive equipment leases, deceptive sales practices, poor customer service, and undisclosed contract terms. Since the initial publication of this review, the company's complaint rate has seen a moderate increase, which is a concerning trend. Some complainants mention that ElitePay has recently changed its name from PrimePay Global, but it is unclear when this occurred. We are currently unable to locate any rebuttals to these complaints from company representatives, but we have found some complaints from former and prospective employees. Overall, ElitePay does not appear to offer especially responsive or capable customer service. The company offers live chat and an email form on its website.

# ElitePay Global BBB Report | B- (CPO Adjusted)

ElitePay Global is an accredited business with the Better Business Bureau (BBB). As of this review, the company holds a "B+" rating with the BBB (down from an "A-") and has 33

complaints filed against it in the last 36 months (up from 25 at the time of our last review). Twelve of these complaints stemmed from advertising or sales issues, twenty from problems with products or services, and one from a billing or collection issue. Of the total complaints, ElitePay successfully resolved 18. The remaining 15 were not resolved to the customer's satisfaction. Given this complaint total and resolution ratio, we have adjusted the BBB's rating to a "B-" for the purposes of this review. For more information about why we adjust BBB ratings, please see our rating criteria.

## Bottom Line

ElitePay Global rates as a substandard merchant services provider according to our rating system. The company appears to offer a standard contract through First Data with expensive lease terms attached. Its rating also suffers from complaints about deceptive sales tactics and poor customer service, and its complaint record with the BBB has seen a negative trend since the initial publication of this review. Merchants are advised to read their contract terms, including the terms of any lease, with great care.

**Leave your review of ElitePay Global in the comment section below:**

## Get a Personalized Provider Recommendation



Powered by: PaymentPop



Getting paid to re-write this page? Click here to earn a reward.

Copyright © CardPaymentOptions.com (Digital Fingerprint: 0d38c6720f0d78a701b74d58653af608)

Tags: ElitePay Global, ElitePay Global BBB Rating, ElitePay Global Rip Off, ElitePay Global Scam, Merchant Account Providers

**About the author**



**Phillip Parker**

Phillip Parker is a former merchant services agent turned small business advocate and the author of "Fee Sweep," which teaches merchants how to dramatically lower their processing rates, eliminate junk fees, and avoid fine-print scams. He founded CardPaymentOptions.com to help merchants enact positive change in the credit card processing industry.



**Phillip can help you find an ethical and honest processor that will offer you great rates.**
**Click here to request a free provider consultation.**

> Permanent link to this article: http://www.cardpaymentoptions.com/credit-card-processors/elitepay-global/

**38 comments**

Skip to comment form ↓

*Sergey*

The sales person (Andrew) went though my current processing statement and said that I do a lot of debit transactions and I will get 0% fee on all debit transactions and 1% on credit transactions. I called ElitePay Global 1 week ago because I my fees were too high and they said that they have 0% debit for all customers.
3. Andrew showed me that with the new processor I will have savings of approximately $200/month (including the $368 leasing fee). He said that their company is in the business of leasing, so they do not make money on processing and pass along cheap transaction fees to clients like me.
3. When I received my first fee statement I noticed that the

total fee for the month was almost exactly equal to the fee with my previous processor. My business is not seasonal, so the processing amounts and fees differ only slightly during the year. Although the processing fee was the same I was also paying the leasing fee of $399 (after all the taxes, which was not mentioned during contract signing). So, $400+ $200 of promised savings = salesman's lie of $600 per month.

4. The fees from the processor are very tricky. They breakdown everything in the statement, besides the non-qualifying transactions (and these are 50% of the total monthly fee. With my old processor (who also used FirstData, a great company) I had no non-qualifying transactions. With ElitePay Global I have the vast majority of my transactions as non-qualified. The rate for non-qualified transactions is 2.99%, even for the debit transactions. They could not explain to me when I called, what exactly constitutes as the non-qualified transaction. Even when a debit pin number is entered, it is still a non-qual in their statement. During the 2 calls I made to ElitePay Global, their response was "I will put your account on review and we will lower your processing fees. You will see a reduction in your next statement." I have not seen the next statement, but I do not want to wait for obvious reasons.

5. The contract was singed for 48 months and has both equipment lease and the processor on 1 agreement.

6. Only after I received my 1st monthly statement I researched the 2 companies and saw the amount of complains and poor BBB rating for the 2 companies.

7. I wish I had done my research before signing the contract, but the salesman pressured me into signing today. He asked me, what can he do to sign today, and lower the leasing fee from 399 to 368, which ended up being $399.06 after taxes and fees.

**Jennifer**

ElitePay is horrible!! We signed up with them for about a year before I just couldn't take anymore lies. We were suckered into a 450 month lease with first data that the

agent said was included in his quote he gave us. lier, it was in no way included. then the funds were not being deposited into our accounts, I would have to call and ask where are funds were. Then having to sign up for their issuance? it just seems like little fees kept popping up here and there. We had enough and left elite, they want 1800.00 for early termination fee. Industry standards are 295. max 500. so Hell no. just another scam from these people. we have our attorney looking into it. I will keep my fingers crossed but who knows..without a lawsuit..these guys will probably get their way.

*Justin Gang*

I have been with Elite Pay for 2 months and am very unhappy. 1st I have no way to contact the salesman who signed me up and they wont give me any info to, They also got me into a very expensive lease agreement for equipment that I have since found out they could have used the equipment I already had which was identical to what they sent me. They never gave me a copy of the service agreement and keep telling me they will send it to me but haven't . Then when I inquired about just paying my cancellation fee and moving on they said on top of the $395 fee there is another $1800 in charges totaling over $2200. I even planed to keep paying equipment lease but use a different processor but still trying to get out of my contract.

Any advice on how to get out would be appreciated

*Phillip Parker*

Hi Justin,

You might find this article helpful: How to Get Out of a Merchant Account Without Paying a Fee

*sean*

this happend to me aswell . All types of things promised but

ALL I HAVE IS CRAZY BILLS .
then they sent a lesser machine then stated . i wont run
debit cards . they are so dishonest !!
stay away . i would be up to join the hanging party. for real .
this is a very bad copany!!!!
the most screwd thing besides the contract is the time it
take for money to get into my account.
they need to be closed down . they are putting me out of
biz, i fell stupid for getting screwed by them.

**Tariq**
November 14, 2013 at 11:20 am (UTC -7)

I have been a customer of ElitePay Global for about a year
and recently my terminal took a turn for the worse. I called
in to customer service to let them know my issue. They had
me run a couple of tests and found out my terminal was
messed up, so they sent me out a new one at no cost to
me overnight. This makes me very happy to have such
good customer service as I signed up all 4 of my locations
with them and I know if I have an issue in the future they
are on top of it.

**Phillip Parker**
November 14, 2013 at 12:37 pm (UTC -7)

Hi Tariq,

In order to authenticate your testimonial to other
readers, please reply to this comment with your
business name and location.

**chad**
December 10, 2013 at 8:47 pm (UTC -7)

Phillip, why don't you have the people leaving
negative comments about this company provide
their business name and location to authenticate
their testimonials? Lol seems kind of biased if you
asked me. Never heard of this company just ran
across this article.

**Phillip Parker**
December 11, 2013 at 11:39 am (UTC -7)

Chad, you have never heard of this company yet you are reading a review about it and responding to comments? Here is the answer to your questions: Why We Verify Testimonials

*Charlene*

I have used ElitePay Global for the past 18 months, based on complete LIES and DECEPTION. They did absolutely nothing they said they were going to do and I have spent thousands of dollars on unnecessary leases. They charged me hundreds of dollars a month for processing, when they said I would be spending less than $50/month. Their lie to me was that they basically process for free and make their money on the lease, which would still be saving me money. Now that I am switching they are claiming I am going to have to pay them $8174 to cancel my contract. This in spite of the fact that they told me I would not be under contract and could cancel at any time. Whatever you do, DON'T believe their lies….it will cost you thousands.

*All Digital*

Elite Pay Global and First Data Corporation is a total scam. Sales Person Michelle Chapline came in, sold us on 1% on all credit cards, and 0% on all debit card transactions. She did a written quote using our existing volumes stating the visa fees including a $99 lease of the credit card terminal. The total fee shows less than what we were paying to our existing processor. At this same meeting, they have sent our credit card statements to the "company" for their review.before the agreement was signed. First month billing show $300 more than what we paid to our previous processor. Many phone calls were made and they made no change to the rates that were promised. Then they claimed they have to do a rate review. All the fees included, the so called invalid FID fee $49.95, and many more charges that were not on the original quote.

This is a total fraudulent transaction. The lease is induced based on having visa card rates of 1% credit and 0% debit. We still have not gotten these rates yet.

Now we are stuck with a 48 month lease of $99 for a terminal that cost less than $300, and the visa rates higher than what we were paying before.

Any one knows which federal authority needs to be notified for this company's scam. We need to stop these people hurting more business.

*k*

I did some research, and I would suggest filing complaints with all of the following:
First Data
Wells Fargo
The Better Business Bureau of Nevada (although the company isn't physically located there anymore – the address shown on statements and business cards is still in Nevada. Better business bureau of Utah, and Illinois (they have physical locations in Utah and Illinois – although they don't list them anywhere –
State Attorney General in Utah, Nevada, and Colorado
Administrator of National Banks
& the Federal Trade Commission

*Tom*

The scammer is Elite Pay Global not First Data. The above action is correct. I would contact the Better Business Bureau in their jurisdiction, State Attorney General in Utah, Nevada and Colorado, and Admin of National Banks and Federal Trade Commission. In addition, First Data Corp. and First Data Global Leasing.

I would also file suit against them to get out of the lease/contract. Please contact us if we can be of any further assistance.

*Ryan*

If you want to know how they do it. They sale 1% credit 0% debit. The also tell you that they can go below interchange. So what they do is give you that rate for the first 3 months of you contract. Then it jumps up to 2.99% sometimes higher for the rest of the 4 yrs. The buy is the contract. So you have to pay 5 to 10 thousand. So either way they get their money. They don't let you talk to the agent again is because they make it impossible to get in contact with someone. Their customer service good luck getting them on the phone. When you actually do get them on the phone they tell you they will look into it and then you will never hear from them. They also tell you that 1% 0% will never change for the life of your contract. How is this not miss leading? How can they do this. So what when it catches up to them again you just change your name and start all over doing it again? Companies like these should be stopped. I really don't know how they feel like they are doing anything other than cheating and stealing money from people that work hard for what they have. Something has to be able to be done.

*JC*

Hi Ryan,

I'm in your same boat too. I'm so naive to believe what the sales rep said. I'm trapped in this 48 mo lease equipment contract $599/mo!!! and processing term. When the sales agent quoted, I should be saving $200-$300 per mo with the equipment factoring in…which is not true. I asked all the questions I have with the sales agent but later I found out the answers doesnt correspond to the contract. I have to ask for a copy of my contract and didn't get it until half month later. I've talked to their VP and he said I couldn't cancel the contract because it's noncancellable. I've been with them for a year now because I don't know what to do but just until recently a different processing company stopped by and told me they can offer lower

effective rate and told me whatever Elitepay global did to me was fraud with high equipment cost. He told me to send a letter to Elitepay to cancel the contract and send the equipment back to first data. I really don't know what to do because I don't trust any sales person. All they want is your money. Please advise what you would do. Thanks

**Ryan**

Elite pay global is a scam. They actually had to change their from prime pay global to elite pay not to long ago. Bc of that very reason. They totally mislead you into signing a 4 yr lease. And then to get out of the lease its a ridiculous buy out. That's how they get you. You are stuck. I've actually looked into a law suite against them. I've talked to an attorney where you get as many businesses together and go after them together and go after a settlement. So if anyone is interested let me know bc I really have no way to get intouch with any of the other business owners they have ripped off. Because im sure there are a lot and I'm not the only one.

**Kumar**

Elite pay global is a scam to cheat businesses talking about 0% on debit cards. Where they get you is the invalid tin and they keep charging $49 everytime they get a rejection and they say it is the irs that is charging them. have updated severzl times on thier website but no use. Please stay away from this company.

**Jane**

I am actively being recruited as a sales person, but after reading this it doesn't sound good. The thing is, they won't even give me some basic training without even signing a huge long contract which basically spells out I will have to pay them if the customer is unhappy and sues them.

Hmmm...strange isn't it that you can't get info before you have to sign a contract.

Thanks everyone for the info.

**tmehmood**

Their reps r misleading. They claim to be first data people. they are unethical. I wish there is some federal agency where small buisness can file complain against this processor or sue for the rip off this co is bully. Stay away from them. If any body sue them..contact me too. i will be witness against their unethical bus practices. I tried to contact my state atty gnl in mass. She is anti biz any way. Her office would not do any thing. I hope some federal agency will get in future. In the meantime i will suggest to every biz out there, please save yourself from this scavanger.

*Phillip*

Can you give some examples of what happened to you?

**Tom Jouras**

Never lease equipment. This company takes advantage of uninformed small business owners and explotes them for their benefit. Leased equipment to a restaurant owner for $349.00 per month for 48 months. Totaling $16,752.00. If the equipment had been purchased, it was less than $300.00. Stay away from this company. Big Rip-Off!!

**jeremy**

be careful with the credit card sale person, they close their conscience to make money to cheat honest person, to set up those who has know little English, i was cheated by a sale person name "John Jahant" now living Holland, OH

their company's name is Elite Pay Globle, he made me
sign the 4 years non-cancelled leased equipment contract
by using a lot lies, I hope this will help the people who did
not sign the contract like this

*Former ElitePay Global Agent*

I recently quit ElitePay Global as a sales agent. The
company lures agents in by offering hotels to travel all
around the country and making a ton of money from selling
for them. Agents are taught that there are only 3 rates that
merchants have to worry about 0% Debit with a pin, 1%
Credit, and 1.49% Moto and an "occasional" 2.99% on
"non-qualified cards." Agents are trained and told that the
merchants lease equipment for 48 months and in exchange
they will receive the rate just mentioned that "are bought
down, and cannot change throughout the 48 months" We
are told not to leave our phone numbers with merchants
because agents are hired to sell and customer service is
hired to handle customer service. Come to find out, they
don't want merchants being able to contact them because
if they hire someone like myself with morals, they know the
truth. There are other fees that are charged monthly even
though we show a contract that marks 8 boxes "no" to
certain fees. They have 90 days to keep merchants happy,
so they set the merchants up with enhanced (bill back)
processing. This makes the rates and fees look attractive
for the first few months until your 90 days are up for them
to receive a possible chargeback from First Data. They are
now using Nothern Leasing now because Northern doesn't
do the 90 day process. ElitePay lies to the agents about the
funding amounts of a lease and short changes their own
employees. The recap sheet they give in an in-house
hand-written one, NOT the original from First Data or
Northern Leasing. The owners are making pure profit and
not sharing the residuals from the processing side with their
employees and in addition making a killing off of the leases.
You are not left with any paperwork that you sign, and are
told that you will be e-mailed the contracts when everything
is final. The key thing to look at and research is the
DOWNGRADE SURCHARGE of 2.99% I didn't really know

what that was until after I stopped selling for them. In addition, there is a 32 page addendum that I've never seen from them, and I'm sure the majority of merchants have never seen as well. If you want to deal with a headache and a company that doesn't fully disclose and misleads their customers, go with them!

*James*

Not certain of other sales reps, but the one I had dealt with in the New York City area made a few misrepresentations. Basically, the rep tries to get you to lease the terminal for 48 months and infers that the cost of it is included in the monthly interchange fee. Its not and has nothing to do with the interchange rates that you will get. Two $500 terminals for $199.00 a month for 48 months = $9,552.00.

Also, even though they claimed and noted on the contract that the rate is a flat rate for all transactions, its not. Any kind of rewards cards will fall into the "highest risk" cards and those transactions are non-qualified which means I get the highest rate 2.99%. Most cards these days are rewards cards.

*K. M.*

I started using Elite Pay Global (with First Data) in Feb 2013 – I have been complaining since I got my first statement March 5. Their rep did an analysis of my statements, said our Moto Rate would be 1.49% and with the lease they would save me $400/month. With the lease (which I didn't have before) I am paying over 3%, and it is costing me over $1000/month more. Their customer service is awful, they don't get back to timely ever. The Sales rep isn't allowed to assist you, once the deal is closed and you have started using the equipment. They suggested I change programs, saying it would save me money, but this did not help either. Their contract provides a guarantee to meet or beat the completion, and they have not fulfilled that guarantee. I went back to my previous

processor because I am paying around 2.2% with them – I also have been discouraged with all the extra monthly and annual fees.

*f*

ElitePay Global is committing fraud by misrepresenting their abilities and then lying at every turn. They have recently stolen money out of our account, calling it fees for non-processing. However, I never processed with Elite Pay due to their own technical inability. When I asked for detail information about where these fees are in the contract I get no answer. When I am asked to be transferred to the owners I was told to contact their attorney. They would not give me the number of the attorney an then hung up on. I would recommend that anyone having problems with Elite Pay send a complaint to the FTC and the Nevada attorney general so they get on someone's radar for committing fraud.

*Chris*

Was shown how I can save money and when bill finally came it was more then double what they told me , now I have this NON CANCELLATION CONTRACT for the equipment , called to complain about the rate and was told they are going to put it in for a review, still waiting. Called leasing company , Worthless. Elite Pay Global WORTHLESS. DONT SIGN

*Steve M.*

Don't do business with Elite Pay Global, the fee may look good at first, but you will regret it later on. I been with them for 6 month and they keep bringing up new fee every month not listed in the contract, I been charge with new fee for 6 month in a row. First month was extra $10 per month fee, then second month was $150 annual fee, third month was $15 access fee per month, fourth month was additional $15

per month, 5th month $7 per month and 6th month was $30 annual fee. So i'm paying extra $10+15+15+7 so that $47 extra per month plus $150 and $30 in annual fee. I'm sure they will hit me with another monthly fee next month. I'm closing down my account with Elite Pay Global since it costing me more than my existing merchant account with bank of america. Now I'm stuck with a lease with first data after I closed my account. So my advice is not to do business with them, you will regret later on like me. If you must do business with them, I suggest you not sign a lease and buy the credit card machine outright, that way you can get out anytime.

*Earl Coffman*

After reviewing my credit card processor charges., I was told about how much money they will save me. All I got was more charges and a lease on a terminal. Not a credible company. Beware

*Tom Jouras*

WARNING: Do not do business with this company! I am a First Data independent sales agent and have never seen such poor business practices from a processor like ElitePay Global. I reviewed one of their merchant statements recently and found it very concerning.

From suspicous rates and fees to inacurrate reporting. In addition, they leased one terminal and one pin pad to a restaurant owner for $370 per month for 48 months. If you do the math, that is $17,760 for the length of the contract. The retail cost of this equipment is only about $400 total.

Stay away from this processor!! They are not acting in good faith nor are they acting in the best interests of the merchant.

*S*

ELITEPAY Global, They told me all lies and pulled me into the contract and now they are saying you signed the contract and if you want to cancel your contract you should pay $22K.

Its all lies and hook you into NON CANCELLATION CONTRACT. sales rep will never get into contact after we signt he contract. ELITEPAY GLOBAL IS ALL FRAUD. Please dont do any business with these guys.

**Robert S.**

Phillip,

How much research have you done on this company, ElitePay Global? When I researched the company, the BBB Name that comes up is: International Payment Services LLC. The numbers listed on the BBB website are all inactive. When going to the company website there are no phone numbers or company address listed for contact info. The company call center and base of operations is actually in Salt Lake City UT (Call Center) and not in Henderson NV. When looking over their merchant contract and calling the CS # listed on it, the CS team said that the company name was PrimePay Global and gave the same number listed on the BBB website for International Payment Services. PrimePay Global is a now defunct company based in Midvale UT. YP.com shows both companies when you type in ElitePay Global and also lists a phone number for ElitePay Global that of course doesn't work.

Why was this information about the BBB left out of your article?

**Phillip Parker**

Robert,

The current review for ElitePay Global is what we call a "Preliminary Review." It covers only the most basic information about the company and any complaints associated with that particular business name. We wait

a few months to allow merchants like yourself to leave reviews and feedback about the company before we dig deeper into its business practices, update it into a "Full Review," and assign a rating. It's not uncommon for information to change on the BBB website after our review was written, or for a company to change locations.

**michael wyatt**

elite pay global's credit card processing is a sham. they send out salespeople to give unattainable results. salesman does an analysis & shows you savings. they then put you into a contract for the equipment & do not even come close to the numbers that the salesman uses to lure you in. when you contact their customer service they tell you that a manager has adjusted your account and you'll have to wait till that statsment comesin to see the difference. when that promise turns into a lie they will tell you that they are reviewing your account & never call you back. my suggestion to anyone thinking of doing buisiness with elite pay global is too run from them [ they have no conscience]

**Liz**

Elite Pay Global sells its services under false representations! They make it sound so easy and inexpensive but in reality you end up paying 5 times more for merchant fees. Stay away!!!

**Phillip Parker**

Hi Liz, can you elaborate on the how the fees were more than what you were quoted?

**Tech Auto**

ElitePay Global uses unethical and misleading sales tactics taking davantage of small businesses. They will cross the business ethics and morals line at every opportunity. Their staff uses illegal bullying tactics to force compliance when IN FACT a business has recourse to get out of a contract – grace period. Avoid this company at all costs. They are beyond unethical.

*Phillip Parker*

Hi Tech Auto,

Can you provide a first hand account of your experience? Details of what happened to you can be helpful to other merchants. Thanks!

**Follow Us**

Sitemap | Terms of Use | Privacy Policy | User Review & Comment Policy | FTC Disclosure

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| INTERNATIONAL PAYMENT SERVICES, LLC, a Nevada Limited Liability Company, dba ELITEPAY GLOBAL | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| CARDPAYMENTOPTIONS.COM, INC., a Texas Corporation; PHILLIP PARKER, an individual; and DOES 1-25, inclusive 1-10 | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

**CV14-2604 CBM-JC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CARDPAYMENTOPTIONS.COM, INC., a Texas Corporation;
PHILLIP PARKER, an individual
221 W. Sixth St., STE 2000
Austin, TX, 78701-3433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William L. Miltner, Esq.
Autumn S. Frye, Esq.
Miltner & Menck, APC
Emerald Plaza
402 West Broadway, Suite 800
San Diego, California 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4-7-14

Signature of Clerk or Deputy Clerk

1184