1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERNATIONAL PAYMENT SERVICES, LLC, a Nevada Limited Liability Company, dba ELITEPAY GLOBAL,<br><br>         Plaintiffs,<br>   v.<br>CARDPAYMENTOPTIONS.COM, INC., a Texas Corporation: PHILLIP PARKER, an individual; and DOES 1-10, inclusive,<br><br>         Defendants. | **CASE NO. 14-cv-02604-CBM-JC**<br>[Hon. Consuelo B. Marshall]<br>[Courtroom 2]<br>[Action Filed: April 7, 2014]<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER** |

The Stipulated (Proposed) Protective Order submitted on November 13, 2014 (Docket No. 35), is hereby approved and constitutes the Protective Order in this action.

IT IS SO ORDERED.

DATED: November 18, 2014         _____/s/_____
                                 Honorable Jacqueline Chooljian
                                 United States Magistrate Judge

---

*Int'l Pyt Services v. Cardpaymentoptions.com, Inc.*                                    **ORDER**
USDC, Case No. 14-cv-02604-CBM-JC
44286.1