UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL PAYMENT SERVICES, LLC, a Nevada Limited Liability Company, dba ELITEPAY GLOBAL, | CASE NO. 2:14-cv-02604-CBM-JC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CARDPAYMENTOPTIONS.COM, INC., A Texas Corporation; PHILLIP PARKER, an individual; and DOES 1-10 inclusive, | |
| Defendants. | |

In accordance with the Order issued on June 5, 2015, IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendants Cardpaymentoptions.com, Inc. and Phillip Parker on Plaintiff International Payment Services, LLC's First, Second, Third, Fourth, Seventh, Eighth, Eleventh, and Twelfth Causes of Action.

DATED:  June 8, 2015.

_____
Honorable Consuelo B. Marshall
United States District Judge